COOLEY LLP
CHRISTOPHER J. SUNDERMEIER (166126)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Plaintiff
ERIC DI BENEDETTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC DI BENEDETTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LORUM IPSUM ASSOCIATES I, LLC, a Delaware limited liability company, FRANK MAZZOLA, an individual, and FELIX INVESTMENTS, INC., New York Corporation,<br><br>Defendants. | Case No. 3:11-cv-03909-EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE** |

Pursuant to the terms of a certain settlement agreement by and among Plaintiff Eric Di Benedetto and defendants Lorem Ipsum Associates I, LLC, Frank Mazzola, and Felix Investments, Inc. (collectively, "Defendants"), Plaintiff, through his undersigned counsel, hereby dismisses the above-entitled action and the claims asserted therein against the Defendants with prejudice.

971202 v1/HN

1.  **NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE**

1
2
3   Dated: September 9, 2011                    Respectfully submitted,
4
5                                               COOLEY LLP
                                                CHRISTOPHER J. SUNDERMEIER (166126)
6
7
8                                               By: _____
                                                        Christopher Sundermeier
9
                                                Attorneys for Plaintiff
10                                              ERIC  DI BENEDETTO
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
971202 v1/HN                                                      **DISMISSAL OF ACTION WITH PREJUDICE**
                                            2.

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**DISMISSAL OF COMPLAINT WITH PREJUDICE**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

on the following part(ies) in this action:

David King
The King Law Group
707 Broadway, Suite 1240
San Diego, CA  92101

*Attorneys for Defendants*
Lorum Ipsum Associates I, LLC,
Frank Mazzola and Felix Investments

Executed on September 8, 2011, at Palo Alto, California.


    /s/ Christopher J. Sundermeier
    Christopher J. Sundermeier